JAMES W. BRAY v. ATLANTIC COAST LINE RAILROAD COM-
PANY, a corporation.

15 So. (2nd) 417                                    June Term, 1943
October 29, 1943                                        Division A

*Curtis H. Gardiner* and *William W. Judge,* for appellant.
*Warren B. Parks* and *LeRoy B. Giles,* for appellee.

PER CURIAM:

This is an appeal from a final judgment for the defendant
below entered upon demurrer by the Circuit Court of Orange
County, Florida. It is contended here that the case at bar is
not ruled by Kimball v. A.C.L. R.R. Co., 132 Fla. 235, 181 So.
533, and similar cases, because: (1) the car was driven by a
person not familiar with the highway where it intersected the
railroad track at Apopka; and (2) the blending of the colors
of the highway and the cars of the defendant then obstructing
the crossing prevented the plaintiff below from seeing the
freight train in time to avoid the collision.

We have examined the authorities cited in the brief to
sustain this contention, but we are forced to the conclusion
that the negligence of the plaintiff, as a matter of law, in the
case at bar precludes his recovery. The judgment appealed
from is hereby affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ.,
concur.